IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| REGINALD FULLARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:17CV701 |
| ) | |
| B. VALENTINE, et al., ) | |
| ) | |
| Defendant(s). ) | |

## ORDER

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on September 6, 2018, was served on the parties in this action. Plaintiff filed a document which the Court construes as an objection to the Recommendation. (ECF No. 25.)

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objection was made and has made a *de novo* determination which is in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's recommendation.

IT IS THEREFORE ORDERED that Plaintiff's motion entitled Objection to Order, Objection to Judgment, File Recommendations, (ECF No 22), is DENIED. A judgment dismissing this action will be entered contemporaneously with this Order.

This, the 27th day of September, 2018.

/s/ Loretta C. Biggs
United States District Judge